UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

*Michelle Zambon v. Bayer Corporation, et al. No. 3:14-cv-10214-DRH-PMF*

**Judge David R. Herndon**

**ORDER**

## ORDER

**HERNDON, District Judge:**

On August 1, 2016, the Court entered an order granting attorney Bennett's motion for leave to withdraw as to plaintiff Michelle Zambon (Doc. 18). The order directed withdrawing counsel to serve a copy of the order on the plaintiff no later than August 8, 2016. The Court has learned that plaintiff was not provided with a copy of the order of withdrawal until August 17, 2016. Further, the plaintiff was recently released from the hospital (and lives in Metaairie, Louisiana, a region that is presently experiencing historic flooding.

In light of these extenuating circumstances, the Court is VACATING the deadlines in the order of withdrawal entered on August 1, 2016 and imposes the following deadlines:

**Supplementary Entry of Appearance:** Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a supplementary entry of appearance on or before Monday, September 19, 2016**. Failure to timely comply with this directive may result in dismissal of the plaintiff's case for failure to prosecute or comply with orders of this Court.

**FURTHER,** the Court reminds plaintiff that her case is **presently at risk of being dismissed with prejudice in accord with CMO 79**.[1] In light of the subject order, the Court will refrain from ruling on the motion and/or seeking additional briefing related to the same until on or after **Tuesday, September 20, 2016.**

**FURTHER,** in the event that plaintiff is proceeding without counsel, she should familiarize herself with the Court's *pro se* litigant guide available at: http://www.ilsd.uscourts.gov/Forms/ProSeGuide.pdf. Specifically, the plaintiff should review how to submit documents to the Court (for example, seeking an extension is a motion that must be made in writing and submitted to the court and delivered to the defendant's attorney as described in § V. of the *pro se* litigant guide).

**FINALLY,** the Court **DIRECTS** the Clerk to mail a copy of this order to the plaintiff at the following address (and to update the docket with the plaintiff's address):

---

[1] The plaintiff was previously granted an extension, until May 6, 2016, to comply with CMO 79 or otherwise respond to the pending motion to dismiss (Doc. 15). On May 6, 2016, the plaintiff filed an expert witness designation (Doc. 16). The Court has yet to assess whether this disclosure meets the requirements of CMO 79 and it is unclear whether the plaintiff is otherwise in compliance with the requirements of CMO 79.

Michelle Zambone

4721 Lake Villa Dr.

Metaairie, Louisiana 70002

**IT IS SO ORDERED.**

Signed this 18th day of August, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.08.18 12:50:16 -05'00'

**United States District Judge**